# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00105-MR

| | |
|---|---|
| **RAVENSAFE, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> **NEXUS TECHNOLOGIES, INC.,** ) <br> **EDWARD PRATHER, and DANIEL** ) <br> **CONTI,** ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to Stay Pending Resolution of Previously Filed Patent Inventorship/Ownership Lawsuit [Doc. 16]. The Plaintiff opposes the Defendants' Motion. [Doc. 18].

The Defendants move for a stay of this case pending the resolution of the previously filed patent inventorship/ownership lawsuit, <u>Nexus Technologies, Inc. v. Unlimited Power Ltd.</u>, No. 1:19-cv-00009-MR (W.D.N.C.), which also involves the patents at issue in the present case.

Upon consideration of the nature of the two cases, the issues presented, and the stage of the proceedings, the Court will in the exercise of its discretion deny the Defendants' Motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to Stay Pending Resolution of Previously Filed Patent Inventorship/Ownership Lawsuit [Doc. 16] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 5, 2019

Martin Reidinger
United States District Judge