# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00105-MR

| | |
|---|---|
| **RAVENSAFE, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **NEXUS TECHNOLOGIES, INC.,** ) | |
| **EDWARD PRATHER, and DANIEL** ) | |
| **CONTI,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Robert M. Ward as counsel *pro hac vice*. [Doc. 33]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 33] is **ALLOWED**, and Robert M. Ward is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 21, 2020

Martin Reidinger
United States District Judge