# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00105-MR

| | |
|---|---|
| **RAVENSAFE, LLC,** ) <br> ) <br>         **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> **NEXUS TECHNOLOGIES, INC.,** ) <br> **EDWARD PRATHER, and DANIEL** ) <br> **CONTI,** ) <br> ) <br>         **Defendants.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay. [Doc. 55].

The parties jointly move for a stay of this case pending the resolution of the previously filed patent inventorship/ownership lawsuit, <u>Nexus Technologies, Inc. v. Unlimited Power Ltd.</u>, No. 1:19-cv-00009-MR (W.D.N.C.) ("<u>Nexus</u>"). In <u>Nexus</u>, a jury recently found that Daniel Conti is the sole inventor of the patents which are also at issue in the present case. In their motion to stay, the parties state that if the jury's verdict in <u>Nexus</u> is upheld, Plaintiff Ravensafe's infringement claims in the present action will be moot. As such, the parties request that the Court stay the present matter

pending the resolution of any post-trial motions and appeals in the Nexus litigation.

For the reasons stated by the parties, the Court will, in the exercise of its discretion, grant the parties' Joint Motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Stay [Doc. 55] is **GRANTED**, and this matter shall be **STAYED** pending the resolution of any post-trial motions and appeals in Nexus Technologies, Inc. v. Unlimited Power Ltd., No. 1:19-cv-00009-MR (W.D.N.C.). The parties shall have sixty (60) days from the conclusion of the final appeal of the Nexus matter, or if no appeal is filed, the entry of an Order disposing of any post-trial motions, within which to reopen this matter for further proceedings.

**IT IS SO ORDERED.**

Signed: April 1, 2021

Martin Reidinger
Chief United States District Judge